# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, et al.,<br><br>Plaintiffs<br><br>v.<br><br>AARON CAMPBELL and ALTROVESE GRAY CAMPBELL,<br><br>Defendants | Case No.: 2:19-cv-02118-APG-VCF<br><br>**Order Granting Motion to Shorten Time and Setting Briefing Schedule and Hearing on Motion for Preliminary Injunction**<br><br>[ECF Nos. 2, 3] |

The plaintiffs move for a preliminary injunction and to shorten time for the defendants to respond to that motion. I grant the motion to shorten time and set the matter for hearing.

I THEREFORE ORDER that the plaintiffs' motion to shorten time **(ECF No. 3) is GRANTED**. The defendants shall file a response to the motion for preliminary injunction by 12:00 p.m. PST on Wednesday, December 18, 2019. The plaintiffs shall file a reply by 5:00 p.m. PST on Thursday, December 19, 2019.

I FURTHER ORDER that the plaintiffs' motion for preliminary injunction (ECF No. 2) is **set for hearing on December 20, 2019 at 2:00 p.m. in Las Vegas courtroom 6C**.

I FURTHER ORDER that the defendants may not alter, destroy, or delete any evidence (including Electronically Stored Information) in their possession, custody, or control that is relevant or potentially relevant to the claims or defenses in this lawsuit.

/ / / /

/ / / /

/ / / /

/ / / /

I FURTHER ORDER that the plaintiffs shall immediately serve the defendants with the complaint, the motion for preliminary injunction, and a copy of this order both by process that complies with Federal Rule of Civil Procedure 4 and by email (if known) to both the defendants and their counsel (if known).

DATED this 11th day of December, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE