# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE; TRUCK INSURANCE EXCHANGE; FIRE INSURANCE EXCHANGE; MIDCENTURY INSURANCE COMPANY; and NEW WORLD LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AARON CAMPBELL and ALTROVESE GRAY CAMPBELL,<br><br>Defendants. | 2:19-cv-02118-APG-VCF<br><br>**ORDER** |

Before the court is the Motion for Magistrate to Approve and Enter Proposed Discovery Orders (ECF NO. 20).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion for Magistrate to Approve and Enter Proposed Discovery Orders (ECF NO. 20) must be filed on or before January 29, 2020. No reply needed.

IT IS FURTHER ORDERED that a hearing on the Motion for Magistrate to Approve and Enter Proposed Discovery Orders (ECF NO. 20) is scheduled for 11:00 AM, February 3, 2020, in Courtroom 3D.

DATED this 22nd day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE