1

2

3

4

5

6
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8
FARMERS INSURANCE EXCHANGE;
TRUCK INSURANCE EXCHANGE; FIRE
INSURANCE EXCHANGE; MID-CENTURY
INSURANCE COMPANY; and FARMERS
NEW WORLD LIFE INSURANCE
COMPANY,

Case No.:   2:19-cv-02118-APG-VCF

9

10

**ORDER VACATING DEADLINES AND
STAYING FURTHER PROCEEDINGS**

11
                  Plaintiffs,

12
v.

13
AARON CAMPBELL and ALTROVESE
GRAY CAMPBELL, husband and wife,

14
                  Defendants.

15

16

17
      Having considered the parties' Notice of Settlement and Joint Motion to Vacate/Stay

18
(ECF No. 22), and good cause appearing,

19
      IT IS HEREBY ORDERED the Motion is GRANTED.  All deadlines and hearings

20
are vacated.

21
      IT IS FURTHER ORDERED that all proceedings are stayed pending the filing of a

22
Joint Notice of Voluntary Dismissal.  The stay does not prevent Plaintiffs from serving

23
third-party subpoenas pursuant to Fed. R. Civ. P. 45 pursuant to the terms of the parties'

24
settlement.

25
      IT IS FURTHER ORDERED that the parties shall file a Joint Report regarding the

26
status of the parties' settlement and the necessity for a continuing stay every 30 days from

27
the date of entry of this Order.

28
IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____1-30-2020_____

110356313.1