# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FARMERS INSURANCE EXCHANGE, et al.,

     Plaintiffs

v.

AARON CAMPBELL and ALTROVESE GRAY CAMPBELL,

     Defendants

Case No.: 2:19-cv-02118-APG-VCF

**Order Setting Briefing Schedule**

[ECF No. 28]

    The plaintiffs move for contempt sanctions against defendant Aaron Campbell for his alleged violations of my order. ECF No. 29.  They also seek an expedited briefing schedule and hearing on their motion for sanctions. ECF No. 28.  Given the present national and local COVID-19 crisis, I likely will not conduct a hearing on the motion anytime soon.  However, I will order expedited briefing on the motion and attempt to resolve this dispute based on the papers submitted by the parties.  If a hearing is necessary, I will schedule that when I feel it is appropriate and safe to do so.

    I THEREFORE ORDER that the plaintiffs' motion to shorten time **(ECF No. 28) is GRANTED**.  The defendants shall file a response to the motion for contempt sanctions by Monday, March 30, 2020.  The plaintiffs shall file a reply by April 2, 2020.

    DATED this 23rd day of March, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE