# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, et al., <br><br> Plaintiffs <br><br> v. <br><br> AARON CAMPBELL and ALTROVESE GRAY CAMPBELL, <br><br> Defendants | Case No.: 2:19-cv-02118-APG-VCF <br><br> **Order Continuing Stay** |

I have considered the parties' Joint Status Report. ECF No. 33.

I HEREBY ORDER that this case remains stayed except as described herein. By April 15, 2020, any party may file a motion to enforce the settlement agreement the parties had agreed to in principle. If a motion to enforce is filed by that date, this case will remain stayed except for briefing and decisions on that motion and the plaintiffs' pending motion for contempt sanctions (ECF No. 29). The plaintiffs may file their reply in support of their contempt motion, if necessary, by April 15, 2020. If no motion to enforce is filed by April 15, 2020, the stay will automatically expire and litigation on the merits will resume.

DATED this 2nd day of April, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE