1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

6
7

| FARMERS INSURANCE EXCHANGE; TRUCK INSURANCE EXCHANGE; FIRE INSURANCE EXCHANGE; MID-CENTURY INSURANCE COMPANY; and FARMERS NEW WORLD LIFE INSURANCE COMPANY, | Case No.:  2:19-cv-02118-APG-VCF |

FARMERS INSURANCE EXCHANGE;
TRUCK INSURANCE EXCHANGE; FIRE
INSURANCE EXCHANGE; MID-CENTURY
INSURANCE COMPANY; and FARMERS
NEW WORLD LIFE INSURANCE
COMPANY,

            Plaintiffs,

v.

AARON CAMPBELL and ALTROVESE
GRAY CAMPBELL, husband and wife,

            Defendants.

Case No.:  2:19-cv-02118-APG-VCF

**ORDER EXTENDING DEADLINES AND CONTINUING STAY**

        I have considered the parties' Joint Motion to Extend Deadlines and Continue the Stay.  ECF No. 36.

////

////

////

////

////

////

////

////

////

////

110987836.1

1       I HEREBY ORDER that this case remains stayed except as described herein.

2 Plaintiffs' third-party discovery, including Plaintiffs' subpoena to Allstate (ECF No. 27), is

3 not stayed.  By April 22, 2020, any party may file a motion to enforce the parties' settlement

4 in principle.  If a motion to enforce is filed by that date, this case will remain stayed except

5 for decisions on that motion and the Plaintiffs' pending motion for contempt sanctions (ECF

6 No. 29).  If no motion to enforce is filed by April 22, 2020, the stay will automatically

7 expire and litigation on the merits will resume.  Plaintiffs' pending motion for contempt

8 sanctions (ECF No. 29) is fully briefed and will be held in abeyance until at least April 23,

9 2020.

10

11                       IT IS SO ORDERED:

12

13

14                             _____

15                       UNITED STATES DISTRICT JUDGE

16                       Dated: April 15, 2020.

16

17

18

19

20

21

22

23

24

25

26

27

28