# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE; TRUCK INSURANCE EXCHANGE; FIRE INSURANCE EXCHANGE; MID-CENTURY INSURANCE COMPANY; and FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AARON CAMPBELL and ALTROVESE GRAY CAMPBELL, husband and wife,<br><br>Defendants. | Case No.: 2:19-cv-02118-APG-VCF<br><br>**ORDER WITHDRAWING MOTION FOR CONTEMPT AND CONTINUING STAY** |

I have considered the parties' Notice of Final Settlement and Request to Withdraw Motion for Contempt. (ECF No. 38.)

I HEREBY ORDER that this case remains stayed except as to Plaintiffs' outstanding subpoena to Allstate (ECF No. 27). Plaintiffs' Motion for Contempt (ECF No. 29) is deemed withdrawn. Upon Allstate's satisfactory response to Plaintiffs' subpoena, the parties shall jointly move to dismiss pursuant to their settlement agreement.

The parties shall file a status report or dismissal papers by June 22, 2020.

_____
UNITED STATES DISTRICT JUDGE
DATED: 4/23/2020

111048476.1